[No. 41869-0-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R.M., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-8-00119-0, Michael H. Evans and Jill M. Johanson, JJ., entered February 1, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 42277-8-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. K.R.B., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-8-00095-3, John P. Wulle, J., entered May 25, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 28736-0-III.   Division Three.   May 15, 2012.]

*In the Matter of the Marriage of* NUTHAVADEE SLANE, *Respondent*, and STEPHEN JAMES SLANE, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 00-3-00017-7, Scott R. Sparks, J., entered December 9, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 29694-6-III.   Division Three.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRAIDEN M. CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01979-1, Tari S. Eitzen, J., entered January 10, 2011. *Reversed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.